MICHAEL BAILEY
United States Attorney
District of Arizona
WILLIAM G. VOIT
Assistant United States Attorney
Arizona State Bar No. 025808
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: William.Voit@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Kevin Thomas Kerr,<br><br>   Defendant. | No.  CR-20-00513-PHX-DLR (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 875(c)<br>(Interstate Communications Containing Threat)<br>Count One<br><br>18 U.S.C. §§ 2261A(2) and 2261(b)<br>(Cyberstalking)<br>Count Two |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 6, 2020, in the District of Arizona and elsewhere, the defendant, KEVIN THOMAS KERR, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant left a voicemail threatening to injure and kill A.F.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

Beginning on or about March 6, 2020, and continuing until on or about September 16, 2020, in the District of Arizona and elsewhere, the defendant, KEVIN THOMAS KERR, with the intent to kill, injure, harass, and intimidate another person, used any

1  interactive computer service and electronic communication service and electronic
2  communication system of interstate commerce, and any other facility of interstate and
3  foreign commerce, to engage in a course of conduct that caused, attempted to cause, and
4  would reasonably have been expected to cause substantial emotional distress to A.F., and
5  placed him in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona


            /S/
WILLIAM G. VOIT
Assistant U.S. Attorney